UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MAERSK LINE A/S, et al.,**

*Plaintiffs*,

v.

**AMERICARGO INC.,**

*Defendant.*

Civil Action No. 17-5742

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs Maersk Line and Maersk Agency's (together "Maersk" or "Plaintiffs") motion for default judgment against Defendant Americargo Inc. ("Americargo" or "Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), ECF No. 8;

and for the reasons set forth in the Court's accompanying Opinion;

**IT IS** on this 17th day of July, 2018;

**ORDERED** that Plaintiff's motion for default judgment, ECF No. 8, is hereby **GRANTED**;

**ORDERED** that judgment is entered against Defendants in the amount of $108,674.99;

**ORDERED** that Plaintiff may file an interest calculation within thirty days or else this matter will be closed.

*/s Madeline Cox Arleo*_____
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**